```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17753
   JOHN L EASLEY III
   CHRISTIE M EASLEY                        CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-4621     SSN XXX-XX-8731

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/28/07 and confirmed on 12/05/07.

   2.  The case was dismissed after confirmation, 11/14/2008.

   3.  The Debtor paid a total of $  10200.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 27608.65 | .00 | 7232.62 |
| BETH EASLEY | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4804.27 | .00 | .00 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS INTERCHANGE | UNSECURED | NOT FILED | .00 | .00 |
| FCNB MASTERTRUST | UNSECURED | 1451.45 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 559.38 | .00 | .00 |
| GINNYS | UNSECURED | 393.01 | .00 | .00 |
| GLENN N GROBE MD | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 1400.00 | 80.87 | 356.93 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 8849.50 | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LAWRENCE GORSKI | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDIT SYSTEMS | UNSECURED | 3962.24 | .00 | .00 |
| PMI DIAGNOSTIC IMAGING | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 29260.50 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 466.22 | .00 | .00 |
| THE SWISS COLONY | UNSECURED | 1262.61 | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

```
VAN RU CREDIT CORPORATIO  UNSECURED       NOT FILED           .00         .00
WELLS FARGO FINANCIAL     UNSECURED       NOT FILED           .00         .00
WILLIAM M HADESMAN MD     UNSECURED        4031.00            .00         .00
ACADEMY COLLECTION SERVI  UNSECURED       NOT FILED           .00         .00
GREAT AMERICAN FINANCE    UNSECURED         792.89            .00         .00
B REAL LLC                UNSECURED         852.00            .00         .00
ROUNDUP FUNDING LLC       UNSECURED        6906.44            .00         .00
INTERNAL REVENUE SERVICE  UNSECURED         301.40            .00         .00
ROUNDUP FUNDING LLC       UNSECURED        1136.64            .00         .00
MIDLAND CREDIT MGMT       UNSECURED         155.96            .00         .00
UNITED DIRECT FINANCE     UNSECURED         791.20            .00         .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                         SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      29008.65      4804.27     61172.44         .00    94985.36
PRINCIPAL PAID           7589.55          .00          .00         .00     7589.55
INTEREST PAID              80.87          .00          .00         .00       80.87
TOTAL PAID               7670.42          .00          .00         .00     7670.42
The Debtor's attorney, LEGAL HELPERS PC             , was allowed $   3000.00
and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $     529.58 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/11/09                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

                              PAGE   2
      CASE NO. 07 B 17753 JOHN L EASLEY III & CHRISTIE M EASLEY